101 F.3d 690
 Jeffrey E. Johnson, Curtis Sawyer, Jonathan P. Jones, Bryan
K. Wade, All Other Prisoners Similarly Situated at
Westmoreland County Prison
v.
Richard F. Vidmer, Terry R. Marlot, Tom Balya, County
Commissioners, Kurt T. Scalzott, Warden, William
Whirlow, Deputy Warden of Security,
Allegheny Telephone Company,
Jeffrey E. Johnson
 NO. 96-3355
 United States Court of Appeals,
Third Circuit.
 Oct 28, 1996
 
 Appeal From: W.D.Pa., No. 96-cv-00188,
 Standish, J.
 
 
 1
 APPEAL DISMISSED.